# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DEE CROPPER,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No.  1:26-cv-05228-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 3)<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiff Ricky Dee Cropper filed a complaint on July 7, 2026.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  However, the Court is unable to determine from the information provided in the application whether Plaintiff is entitled to proceed in this action without prepayment of fees.

Therefore, the Court will direct Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

2.    Within **twenty one (21) days** of the date of this order, Plaintiff shall either (1) pay

the $405.00 filing fee for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee; and

3.   If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **July 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge