# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DEE CROPPER, Plaintiff, v. COUNTY OF FRESNO, et al., Defendants. | Case No. 1:26-cv-05228-KES-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT, AND DIRECTING THE CLERK OF COURT TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 3, 8, 10) |

On July 7, 2026, Plaintiff Ricky Dee Cropper, who is proceeding *pro se*, commenced this action. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 3.) The Court was unable to determine from the information provided in the application whether Plaintiff was entitled to proceed in this action without prepayment of fees. Accordingly, on July 9, 2026, the Court ordered Plaintiff to either file a long form application to proceed *in forma pauperis* or pay the filing fee. (ECF No. 4.)

On August 5, 2026, the undersigned issued findings and recommendations recommending that this case be dismissed without prejudice for failure to pay the filing fee or file a long form application, failure to comply with the Court's July 9, 2026 order, and failure to prosecute. (ECF No. 8.) On August 27, 2026, Plaintiff filed objections to the findings and recommendations, indicating that he had paid the filing fee. (ECF No. 9.) That same day, Plaintiff also filed a first

amended complaint pursuant to Federal Rule of Civil Procedure 15. (ECF No. 10.) Upon review, the Court agrees that Plaintiff has paid the filing fee and will vacate its prior findings and recommendations. Additionally, in light of Plaintiff's first amended complaint, the Court will direct the Clerk of Court to file the amended complaint lodged on August 27, 2026.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) filed on August 5, 2026 is VACATED;
2. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 3) is DENIED as MOOT;
3. The Clerk of Court is directed to file Plaintiff's first amended complaint (ECF No. 10) lodged on August 27, 2026; and
4. The Court will screen Plaintiff's first amended complaint in due course.

IT IS SO ORDERED.

Dated: **August 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge