# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DEE CROPPER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendant. | Case No. 1:26-cv-05228-KES-SAB<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE TO EFFECTUATE SERVICE<br><br>(ECF No. 16) |

Pending before the Court is a motion from Plaintiff, who is proceeding *pro se*, regarding an extension of time in which to effectuate service, pursuant to Federal Rule of Civil Procedure 4(m). For good cause shown, the Court GRANTS the motion and ORDERS that Plaintiff shall have through November 16, 2026, to effectuate service. Any further motion must also be supported by good cause. See Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: **October 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge