# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DEE CROPPER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendant. | Case No. 1:26-cv-05228-KES-SAB<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE TO EFFECTUATE SERVICE<br><br>(ECF No. 19) |

Pending before the Court is a motion from Plaintiff, who is proceeding *pro se*, regarding a second extension of time in which to effectuate service, pursuant to Federal Rule of Civil Procedure 4(m). In light of the second request for extension and for good cause shown, the Court GRANTS the motion and ORDERS that Plaintiff shall have ninety (90) days from service of this order, to effectuate service. The Court will not entertain any further extension at this time. If service is not completed by **February 15, 2027**, the Court will recommend to the assigned district judge that this case be dismissed. Further, in light of the extension, the Court will CONTINUE the initial scheduling conference to **March 23, 2027, at 11:00 a.m.**

IT IS SO ORDERED.

Dated: **November 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge